PJ&A
Return Mail Processing Center
P.O. Box 6336
Portland, OR 97228-6336

**EXHIBIT B**

[redacted]

November 8, 2023

Dear Leeanne Varner:

PJ&A values and respects privacy, which is why we are writing to advise you of a cybersecurity incident that involved some of your personal information. **While we have no reason to believe that your information has been misused for the purpose of committing fraud or identity theft,** we are writing in accordance with relevant law to advise you about the incident and to offer steps you may consider taking, should you feel it is appropriate to do so.

**What Happened?** PJ&A provides medical transcription services to healthcare organizations. In connection with those services, PJ&A collected certain information about you from your healthcare provider. On May 2, 2023, PJ&A learned that an unauthorized party gained access to the PJ&A network between March 27, 2023, and May 2, 2023, and, during that time, acquired copies of certain files from PJ&A systems.

**What Information Was Involved?** We have been working diligently to understand what personal information may have been obtained during this incident. On September 28, 2023, we determined that the involved files may have contained your name, address, phone number, date of birth, medical record number, and certain health information. The files **did not** contain your Social Security number. Beginning on September 28, 2023, PJ&A provided the results of its review to its affected customers and began working with them to notify individuals whose information was identified during the review.

**What We Are Doing.** We continue to review our data privacy and security safeguards for areas of improvement after this incident, and we continue to discuss our safeguards with our business partners.

**What You Can Do.** Although we are not aware of any instances of fraud or identity theft involving your personal information, we recommend that you review any statements you receive from your healthcare providers. If you see any charges for services you did not receive, please contact the provider immediately. You can find additional information on steps to protect yourself against possible identity theft or fraud in the *Additional Important Information* page enclosed.

**For More Information.** We value the trust you place in us to protect your privacy, take our responsibility to safeguard your personal information seriously, and deeply regret any inconvenience this incident might cause. For further assistance, please call 877-679-5848 from 9 am to 9 pm Eastern Time, Monday through Friday, excluding major U.S. holidays.

Sincerely,

PJ&A

AJ4021 v.01

PJ&A
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

[redacted]

November 10, 2023

Dear Leeanne Varner:

PJ&A is writing to notify you about a data security incident that involved some of your information. This letter describes the incident and our response, and offers steps you may consider taking to help protect your information from potential misuse.

**Who Is PJ&A?** PJ&A contracts with healthcare organizations to provide medical transcription and related services. In order to provide these services, PJ&A receives certain patient information from its customers, including Salem Regional Medical Center.

**What Happened?** On May 2, 2023, PJ&A became aware of a potential data security incident impacting PJ&A's systems. We immediately launched an investigation and retained an external cybersecurity vendor to assist with the investigation, contain the threat and further secure our systems. The investigation determined that an unauthorized party gained access to the PJ&A network between March 27, 2023, and May 2, 2023, and, during that time, obtained copies of certain files from PJ&A systems. With the assistance of its external vendor, PJ&A analyzed the data involved to identify all affected customers, individuals, and data elements. On October 2, 2023, we provided Salem Regional Medical Center with the results of this analysis. Importantly, this incident did not involve any unauthorized access to Salem Regional Medical Center's systems.

**What Information Was Involved?** Our analysis determined that the involved files contained your name, Social Security number and one or more of the following: date of birth, address, phone number, medical record number, hospital account number, and date(s) of service. Your financial information was **not** included.

**What Actions Did We Take?** PJ&A is committed to maintaining the privacy and security of your information and we take this incident very seriously. We have taken, and will continue to take, appropriate steps to help prevent incidents of this nature from occurring in the future, including by further enhancing our security systems. We notified law enforcement about the incident and will continue to cooperate with law enforcement's investigation. We have also taken additional steps to prevent any public disclosure of patient data and, to date, we have not identified any evidence that the data has been used for identity theft or fraud.

**What Can You Do?** Although we are not aware of any instances of fraud or identity theft involving your personal information, in an abundance of caution Salem Regional Medical Center is offering a complimentary 1 year membership to Identity Defense. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on identification and resolution of identity theft. **For more information about Identity Defense, including instructions on how to activate your complimentary membership, please refer to the enclosed instructions.**